WWR#06506866

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION - DETROIT

In Re: Peter N. Bakatselos

Case No. 08-61552
Chapter 13
Hon. Thomas J. Tucker

_____/

Weltman, Weinberg & Reis Co., L.P.A
By: Panayiotis Marselis, (P-66572)
Attorneys for Creditor
DAIMLERCHRYSLER FINANCIAL
2155 Butterfield Drive, Suite 200-S
Troy, Michigan 48084
248-362-6188
pmarselis@weltman.com

Steven D. Richter
Attorney for Debtor
25900 Greenfield Road, Suite 220
Oak Park, MI 48237
248-967-0770

_____/

## NOTICE OF APPEARANCE/REQUEST FOR INCLUSION ON SERVICE LIST

Please take notice that WELTMAN, WEINBERG & REIS CO., L.P.A., 2155 Butterfield Drive, Suite 200-S, Troy, MI 48084 has been retained as Attorney for DAIMLERCHRYSLER FINANCIAL in the above captioned proceedings.

Copies of all further communications, pleadings, court notices, and other papers should be served upon the undersigned as Attorney of Record.

/S/ Panayiotis Marselis
Panayiotis Marselis, (P-66572)
Attorney for Creditor
DAIMLERCHRYSLER FINANCIAL