**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:

Peter N. Bakatselos

Chapter 13
Case No. 08-61552
Honorable Thomas J. Tucker

Debtor(s)
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Movant, GMAC Mortgage Corporation, by and through its attorneys, Orlans Associates, P.C., having filed a Motion for Relief from the Automatic Stay with respect to the property located at 47300 7 Mile Rd, Northville, MI 48167; with a foreclosure sale that was held on October 10, 2007, and the Sheriff's Deed from said Mortgage Sale that was recorded in Liber 46750, Page 54, Wayne County Records, and the mortgagee's bid amount of indebtedness at the Mortgage Sale that was $382,500.00, and the Court being in receipt of the Motion and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the Automatic Stay as to secured creditor, Mortgage Electronic Registration Systems, Inc., relative to the property located at 47300 7 Mile Rd, Northville, MI 48167, is hereby lifted. That upon entry of this order Mortgage Electronic Registration Systems, Inc.,, its successors and assigns, may pursue its state law remedies, including, but not limited to contacting the Debtor directly to discuss loss mitigation or beginning foreclosure proceedings at its sole discretion. That entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).

Date: _____     By: _____
                                      U.S. Bankruptcy Judge

Prepared By:
Heather D. McGivern, Esq. P59393
Email: Hmcgivern@orlans.com
Orlans Associates
P.O. Box 5041
Troy, MI 48007-5041
File Number: 280.2758

**EXHIBIT "A"**